DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYTHE HILL STITES,** as **PERSONAL REPRESENTATIVE OF THE ESTATE OF CLARENCE FRED STITES, JR.,** Deceased,
Appellant,

v.

**NORTH E STREET, LLC,** a Florida limited liability company; and **413 NORTH E STREET, LLC,** a dissolved Florida limited liability company,
Appellees.

No. 4D2025-0659

[October 16, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Parnofiello, Judge; L.T. Case No. 502023CA016493XXXX.

David M. Beckerman of David M. Beckerman, P.A., Boca Raton, for appellant.

Steven M. Appelbaum of Saul Ewing LLP, West Palm Beach, for appellee North E Street, LLC.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*   \*   \*

***Not final until disposition of timely-filed motion for rehearing.***